UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION
CRIMINAL ACTION NO. 5:05CR12-EHJ

UNITED STATES OF AMERICA                                             PLAINTIFF

v.

CRAIG STEPHEN POWELL                                                 DEFENDANT

**FINDINGS OF FACT**

This Court conducted a bench trial on January 18, 2006, at which time it accepted into evidence a psychiatric report, witness testimony, and certain stipulations entered into by counsel for the defendant and counsel for the United States. On the basis of that evidence, this Court makes the following findings of fact:

In May 2005, the defendant, Craig Stephen Powell, began mailing threatening letters addressed to the FBI, the Paducah Sun Newspaper, WPSD-TV, and the Marshall County Sheriff's Office. The letters indicated that things were going to burn on the next full moon, and that there would be an explosion. Over the course of about three weeks, he sent more than twenty such threatening letters. On June 11th, 2005, Powell left a box outside of the Paducah Bank Building addressed to the FBI and containing a jar of urine, a jar of ashes, and chicken feathers and bones.

On June 15, 2005, Murray State University received a telephone call wherein the caller stated that he had placed a bomb in Pogue library. On June 16, 2005, the Paducah Bank received a bomb threat wherein the caller stated he had put a bomb in the building (the same building houses the local FBI office). The threatening phone calls were traced to Powell's phone, and the authorities went to talk to him at his home. A search warrant was obtained for his house, and deputies found chicken skeletons hanging from the ceiling, a sawed-off shotgun, tablets of paper Powell was using for his drawings/letters, the typewriter, and a red box labeled "bomb."

Powell was arrested, waived his rights and agreed to talk to the FBI. During the interview by FBI Special Agent Lewzader, Powell admitted to sending the letters to the FBI. Powell also admitted to the bomb threats and stated he did it to "quiet the voices" in his head. He also admitted to buying the shotgun a month before and sawing off the barrel.

On the basis of the foregoing, this Court finds that in May and June of 2005, the defendant, Craig Stephen Powell did on two occasions make threatening phone calls concerning an attempt to injure and intimidate individuals and destroy property, in the Western District of Kentucky in violation of 18 U.S.C. §844(e), and that on eight separate occasions he sent threatening communications through the United States Postal Service, in the Western District of Kentucky in violation of 18 U.S.C. §876(c).

A ten count federal grand jury indictment was filed on July 12, 2005 charging Powell with two counts of making threatening phone calls in an attempt to injure and intimidate individuals and destroy property in violation of 18 U.S.C. §844(e) and eight counts of sending threatening communications through the United States Postal Service in violation of 18 U.S.C. §876(c). The United States moved for examination of the defendant pursuant to 18 U.S.C. §§4241 and 4242. Defendant was then committed to the Federal Bureau of Prisons, Federal Medical Center in Lexington, Kentucky, where he was evaluated by Judith Campbell, PhD. It was her opinion that the defendant is at present competent to stand trial but, at the time of the threats, he suffered from a mental disease or defect that rendered him unable to appreciate the severity of the crime or possible consequences of his actions.

This Court therefore finds, by clear and convincing evidence, that at the time Powell made the instant threats, he was suffering from a severe mental disease or defect and, as a result, was unable to appreciate the nature and quality of his acts.

On the basis of the above-described factual findings pursuant to 18 U.S.C. §4242(b), this Court hereby finds the defendant not guilty only by reason of insanity to each count contained in the indictment.